IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY STEINER, ANN STEINER and GREG STEINER, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | No: 2:11-cv-00657 |
| vs. | : : | |
| PALACE ENTERTAINMENT, INC. t/d/b/a SANDCASTLE WATERPARK | : : : | |
| Defendant. | : | |

## AMENDMENT OF COMPLAINT

AND NOW, come the Plaintiffs, Jeffrey Steiner, Ann Steiner and Greg Steiner, by and through their Attorney, Shenderovich, Shenderovich & Fishman, P.C., and Craig L. Fishman, Esquire and file the following Amendment of Complaint:

1. Defense counsel has notified Plaintiff's counsel that the correct name of the Defendant is Festival Fun Parks, LLC d/b/a Palace Entertainment, a Delaware corporation with a principal place of business located at 4590 MacArthur Boulevard, Suite 400, Newport Beach, California 92660.

2. Defendant consents to Plaintiff's amendment of the caption of the Complaint and the replacement of "Palace Entertainment, Inc." with "Festival Fun Parks, LLC" in paragraphs 2 and 12 of the Complaint. Defendant's Answer to paragraphs 2 and 12 shall remain in full force as Defendant answered the Complaint as "Festival Fun Parks, LLC".

WHEREFORE, the Plaintiff respectfully requests the Court enter the attached order amending the caption and the text of the Complaint.

        Respectfully submitted,

        SHENDEROVICH, SHENDEROVICH & FISHMAN, P.C.

By: /s/ Craig L. Fishman
    Craig L. Fishman, Esquire
    PA I.D. #58753
    Attorney for Plaintiffs
    429 Fourth Avenue
    1600 Law & Finance Building
    Pittsburgh, PA  15219

CONSENTED TO

By:    Patricia E. Antezana

       Reed Smith, LLP
       225 5th Avenue, Suite 1200
       Pittsburgh, PA  15222
       Attorney for Defendant